[904 NE2d 499, 876 NYS2d 345]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE MIDDLETON, Appellant.

Decided February 17, 2009

## APPEARANCES OF COUNSEL

*Legal Aid Society, Criminal Appeals Bureau*, New York City (*Steven J. Miraglia* and *Steven Banks* of counsel), for appellant.

*Charles J. Hynes, District Attorney*, Brooklyn (*Maria Park* of counsel), for respondent.

## OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed without costs.

Defendant's constitutional arguments are unpreserved. The record supports the determination of the courts below that defendant is a level three sex offender.

Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur; Chief Judge LIPPMAN taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, without costs, in a memorandum.